RE: Case No. 12-93-00042-CR
    Trial Court No. 11965
    Evidentuary Hearing Transcript
Style: Ward, Jeffrey V. State of Texas

5-5-15

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAY 11 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Clerk,

Thank you for your quick reply to my inquiry into what took place during the time this Court received the evid. hearing transcript.

Hopefully you'll be able to assist me with the whereabouts of the archives dept., Where all the documents recieved by this Court are sent too/to be preserved.

The Court of Criminal Appeals sends there facts, evidence, etc. to the Texas Law Library at Austin.

Could you please inform me of the address and just exactly what information is needed to send an inquiry concirning aquiring a copy of the searched for transcript.

Relator is assuming the Transcript was sent to archives for preversation. Do you know if I am correct in this assumption?

If the transcript was not sent, do you know where it went. The transcript proves my innocence among other things, so its vitally important to me.

Thank You
J. Ward
#UF7619